UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN KOHUTE,

Petitioner,

v.

UT HEALTH CNA RN EMS,

Respondent.

Case No. 3:26-cv-00864-MMD-CSD

DISMISSAL ORDER

*Pro se* Petitioner Kevin Kohute filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1-1 ("Petition").) Kohute has not properly commenced this action by paying the filing fee or filing a motion for leave to proceed *in forma pauperis*. Further, and more importantly, the Court lacks jurisdiction over this case. "Writs of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions." 28 U.S.C. § 2241(a). The United States Supreme Court has explained that the phrase "within their respective jurisdictions" in § 2241 "require[s] the presence of the prisoner within the territorial jurisdiction of the District Court as a prerequisite to his filing of application for habeas corpus." *United States v. Hayman*, 342 U.S. 205, 220 (1952); *see also Smith v. Campbell*, 450 F.2d 829, 834 (9th Cir. 1971) ("We hold that by reason of the fact that the petitioner and his custodian, his immediate commanding officer, were within the territorial jurisdiction of the district court at the time the petition for writ of habeas corpus was filed, the district court had jurisdiction to determine the merits of the litigation."). Kohute filed his Petition while confined at the Smith County Jail in Tyler, Texas, so neither he nor his custodian were within the territorial jurisdiction of the District of Nevada on the date the Petition was filed.

It is therefore ordered that the Petition (ECF No. 1-1) is dismissed without prejudice based on a lack of jurisdiction. A certificate of appealability is denied, as jurists of reason would not find dismissal of the Petition to be debatable or wrong.

It is further kindly ordered that the Clerk of Court file the Petition (ECF No. 1-1), enter final judgment, and close this case.

DATED THIS 5th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE